MIKE FURE, Appellant, v. WILLIAM D. FOTE and Another, Respondents.— Interlocutory judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

CITY OF NIAGARA FALLS, NEW YORK, Appellant, v. TOWN OF NIAGARA, Respondent.— Judgment modified by increasing the interest from May 2, 1927, to six per cent and by inserting a clause for the recovery of costs as recited to have been taxed, and as so modified affirmed, without costs of this appeal to either party. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY HUFF, Appellant.— Judgment of conviction and order affirmed. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

HARRY L. JAUCH, Respondent, v. HOWARD G. CASE, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT E. HAMMERSMITH, Appellant.— Judgment of conviction affirmed. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

HENRY A. MONROE, Respondent, v. ATLANTIC AND PACIFIC PACKING COMPANY, Appellant. (Action No. 1.) — Order affirmed, with ten dollars costs and disbursements. All concur, except Hubbs, P. J., and Sawyer, J., who dissent and vote for reversal. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALZAMON IRA LUCAS, Appellant.*— Judgment of conviction and orders affirmed. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

In the Matter of Proving the Last Will and Testament of HARP KYLE, Deceased. — Decree and supplemental decree affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.